No. 940 (October Term 1936). GENERAL ELECTRIC Co. v. ELECTRIC MACHINERY MANUFACTURING Co. October 11, 1937. 301 U. S. 702.

No. 944 (October Term 1936). FEARON v. TREANOR. October 11, 1937. 301 U. S. 667.

No. 947 (October Term 1936). GRUBB v. LAWMAN, RECEIVER. October 11, 1937. 301 U. S. 668.

No. 974 (October Term 1936). REILLY ET AL. v. STEDRONSKY ET AL. October 11, 1937. 301 U. S. 698.

No. 978 (October Term 1936). TURMAN v. TURMAN. October 11, 1937. 301 U. S. 698.

No. 935 (October Term 1936). RATIGAN v. UNITED STATES. October 18, 1937. 301 U. S. 705.

No. ——. EX PARTE SOPHY CALLAHAN. October 25, 1937.

No. 235. BENNETT ET AL. v. BOARD OF TRADE ET AL. October 25, 1937.

No. 564 (October Term, 1936). HAMERSLEY v. UNITED STATES. November 8, 1937. 300 U. S. 659.

No. 65. ELLIOTT ET AL. v. UNIVERSITY OF ILLINOIS ET AL. November 8, 1937.